IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


DEDRICK LASHON WELLS,            :

     Plaintiff,                 :

vs.                              :   CIVIL ACTION 11-0646-KD-M

EUGENE REESE MCKINNEY, <u>et</u> <u>al.</u>, :

     Defendants.                :


<u>ORDER</u>


     After due and proper consideration of all portions of
this file deemed relevant to the issues raised, and there having
been no objections filed, the Report and Recommendation of the
Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED**
as the opinion of this Court.  It is **ORDERED** that this action be
and is hereby **TRANSFERRED** to the United States District Court
for the Northern District of Alabama.

     DONE this 13th day of March, 2012.

              <u>s/ Kristi K. DuBose</u>
              KRISTI K. DuBOSE
              UNITED STATES DISTRICT JUDGE